UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **SMIECINSKI, JOSEPHINE M** | ) Bankruptcy Case No. 14-81752 TML |
| | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on January 13, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

SMIECINSKI, JOSEPHINE M
10792 PRESTON PARKWAY
HUNTLEY, IL 60142

RONALD P STROJNY, JR
LAW OFFICE OF RONALD P STROJNY
5839 W 35TH STREET
CICERO, IL 60804
*(Via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

RothMelei
454 W. Virginia St.
Crystal Lake, IL 60014

Navient Solutions, Inc. Department of Education
Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com