# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: SMIECINSKI, JOSEPHINE M § Case No. 14-81752
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $3,540.00             Assets Exempt: $21,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,136.21    Claims Discharged
                                               Without Payment: $47,491.86

Total Expenses of Administration: $31,253.79

3) Total gross receipts of $ 60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 17,610.00 (see **Exhibit 2**), yielded net receipts of $42,390.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $8,613.00 | $8,613.00 | $8,613.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 31,253.79 | 31,253.79 | 31,253.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,948.78 | 25,247.34 | 25,247.34 | 2,523.21 |
| **TOTAL DISBURSEMENTS** | $50,948.78 | $65,114.13 | $65,114.13 | $42,390.00 |

4) This case was originally filed under Chapter 7 on May 30, 2014. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2017          By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| JOSEPHINE SMIECINSKI, individually and as mother | 1129-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Josephine Smiecinski | | 8100-002 | 17,610.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$17,610.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | illinois Health & Human Services | 4210-000 | N/A | 8,613.00 | 8,613.00 | 8,613.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$8,613.00** | **$8,613.00** | **$8,613.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 4,989.00 | 4,989.00 | 4,989.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 1,977.00 | 1,977.00 | 1,977.00 |
| Other - Karl Bayer | 3210-600 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| Other - Karl Bayer | 3220-610 | N/A | 4,287.79 | 4,287.79 | 4,287.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$31,253.79** | **$31,253.79** | **$31,253.79** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RothMelei | 7100-000 | 9,408.05 | 8,226.09 | 8,226.09 | 822.11 |
| 2 | Navient Solutions, Inc. Department of Education | 7100-000 | 16,773.00 | 17,021.25 | 17,021.25 | 1,701.10 |
| NOTFILED | New Age Transport, Distribution etc c/o Burke, | 7100-000 | 7,577.65 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| NOTFILED | Regional Acceptance Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 212.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 1,921.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 459.52 | N/A | N/A | 0.00 |
| NOTFILED | Rhonda L Rosenthal PC | 7100-000 | 1,264.63 | N/A | N/A | 0.00 |
| NOTFILED | T Mobile | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 431.52 | N/A | N/A | 0.00 |
| NOTFILED | Staniscccontr | 7100-000 | 237.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ncc Business Svcs Inc | 7100-000 | 452.00 | N/A | N/A | 0.00 |
| NOTFILED | Lamont Hanley & Associ | 7100-000 | 81.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 7100-000 | 566.06 | N/A | N/A | 0.00 |
| NOTFILED | Blair Counseling & Mediation PC | 7100-000 | 1,320.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank NA/Harris Bank NA Bmo Harris Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | Fair Collections & Out | 7100-000 | 4,621.00 | N/A | N/A | 0.00 |
| NOTFILED | Express | 7100-000 | 610.09 | N/A | N/A | 0.00 |
| NOTFILED | Kimberly R Shefts | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jnr Adjustment Company | 7100-000 | 798.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA America | 7100-000 | 3,184.26 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/ Old Navy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $50,948.78 | $25,247.34 | $25,247.34 | $2,523.21 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81752  
**Case Name:** SMIECINSKI, JOSEPHINE M

**Period Ending:** 03/19/17

**Trustee:** (330420)    JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/30/14 (f)  
**§341(a) Meeting Date:** 07/03/14  
**Claims Bar Date:** 04/23/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Citibank checking account | 10.00 | 0.00 | | 0.00 | FA |
| 2 | Chase checking account | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Citibank money market account | 30.00 | 0.00 | | 0.00 | FA |
| 4 | Bed, Dresser, Crib, TV, Radio, DVD Player, Camer | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Books, Pictures, Family Photos, CDs, DVDs, Games | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Ring, Watch, Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Past due child support | Unknown | 0.00 | | 0.00 | FA |
| 9 | JOSEPHINE SMIECINSKI, individually and as mother   See Amended Schedule C filed   7/15/14. See Order to Employ Special Counsel entered 3/11/15.  See Order to Compromise Controversy entered 9/26/16. | Unknown | 50,000.00 | | 60,000.00 | FA |
| 10 | 2005 Buick Rendevous    See Amended Schedule C filed 7/15/14. | 1,600.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 Honda Civic | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Cat | 0.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets    Totals** (Excluding unknown values) | **$3,540.00** | **$50,000.00** | | **$60,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017    **Current Projected Date Of Final Report (TFR):**    December 15, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-81752  
**Case Name:** SMIECINSKI, JOSEPHINE M  
**Taxpayer ID #:** **-***9543  
**Period Ending:** 03/19/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/16 | | Compton Law Group | | | 9,489.21 | | 9,489.21 |
| | {9} | | 60,000.00 | 1129-000 | | | 9,489.21 |
| | | Karl Bayer | -20,000.00 | 3210-600 | | | 9,489.21 |
| | | Karl Bayer | -4,287.79 | 3220-610 | | | 9,489.21 |
| | | Josephine Smiecinski | -17,610.00 | 8100-002 | | | 9,489.21 |
| | | illinois Health & Human Services | -8,613.00 | 4210-000 | | | 9,489.21 |
| 02/09/17 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,977.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 1,977.00 | 7,512.21 |
| 02/09/17 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $4,989.00, Trustee Compensation; Reference: | 2100-000 | | 4,989.00 | 2,523.21 |
| 02/09/17 | 103 | RothMelei | Dividend paid 9.99% on $8,226.09; Claim# 1; Filed: $8,226.09; Reference: | 7100-000 | | 822.11 | 1,701.10 |
| 02/09/17 | 104 | Navient Solutions, Inc. Department of Education | Dividend paid 9.99% on $17,021.25; Claim# 2; Filed: $17,021.25; Reference: | 7100-000 | | 1,701.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,489.21 | 9,489.21 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,489.21 | 9,489.21 | |
| | | | Less: Payments to Debtors | | | 17,610.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,489.21** | **$-8,120.79** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3666** | 9,489.21 | -8,120.79 | 0.00 |
| | **$9,489.21** | **$9,489.21** | **$0.00** |

{} Asset reference(s)                                                        Printed: 03/19/2017 10:42 AM    V.13.30